[No. 58881-8-I.  Division One.  February 19, 2008.]

*In the Matter of the Estate of* JOHN EMERALD SERVOLD.

MICHAEL SUTTON, *Individually and as Co-Personal Representative*, ET AL., *Respondents*, v. IRIS LERNER ET AL., *Appellants*, AIG ANNUITY INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-23558-8, Andrea A. Darvas, J., entered July 6, 2006. *Affirmed* by unpublished opinion per Baker, J., concurred in by Schindler, A.C.J., and Becker, J.

[No. 59098-7-I.  Division One.  February 19, 2008.]

*In the Matter of the Personal Restraint of* EDDIE LAWRENCE.

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE LEE LAWRENCE, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Becker, J., concurred in by Appelwick, C.J., and Baker, J.

[No. 59101-1-I.  Division One.  February 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY LINEAR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-00373-4, Gerald L. Knight, J., entered November 8, 2006. *Affirmed* by unpublished opinion per Baker, J., concurred in by Schindler, A.C.J., and Becker, J.

[No. 59325-1-I.  Division One.  February 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LIAM T. MOYNIHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08965-7, Richard A. Jones, J., entered December 18, 2006. *Affirmed* by unpublished opinion per Baker, J., concurred in by Appelwick, C.J., and Becker, J.